IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-CV-179-BO

| | |
|---|---|
| CARMIN NOWLIN, TAMIKA HALEY, and JESUS RODRIGUEZ, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF *ESPIN v. CITIBANK, N.A.*** |

Before the Court is the Defendant Wells Fargo Bank, N.A.'s Unopposed Motion to Stay Proceedings Pending Resolution of *Espin v. Citibank, N.A.* ("Unopposed Motion"). The Court has reviewed the Unopposed Motion and, finding good cause for the relief requested, ORDERS the following;

1. The proceedings are stayed pending the Fourth Circuit Court of Appeals' resolution of the pending appeal in *Espin v. Citibank, N.A.*, No. 23-2083;

2. All deadlines, including Defendant's obligation to respond to Plaintiffs' Complaint are vacated until further order of this Court; and

3. Within 14 days of the issuance of the mandate in the *Espin* appeal, the Parties shall file a joint status report, addressing the effect of the decision in *Espin* on the proceedings in this case, along with a proposed scheduling order.

SO ORDERED, this 25 day of June 2024.

_____
TERRENCE W. BOYLE
United States District Judge