IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
Case No. 5:24-CV-179-BO

| | |
|---|---|
| CARMIN NOWLIN, TAMIKA HALEY, and JESUS RODRIGUEZ, *on behalf of themselves and others similarly situated*, | **SCHEDULING ORDER** |
| Plaintiffs, | |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Having considered the parties' Joint Status Report, this Court **ORDERS** that the Stay implemented in Docket Entry No. 20 is lifted and the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Amend the Pleadings | April 21, 2025 |
| Deadline to Respond to Amended Pleadings | May 21, 2025 |

All further proceedings shall be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure.

SO ORDERED this _11_ day of April 2025.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge